**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:  NATIONAL COLLEGIATE** | ) | |
| **ATHLETIC ASSOCIATION** | ) | **MDL No. 2492** |
| **STUDENT-ATHLETE CONCUSSION** | ) | |
| **INJURY LITIGATION** | ) | **Master Docket No. 13 C 9116** |
| | ) | |
| | ) | **Judge John Z. Lee** |
| | ) | |
| | ) | **Magistrate Judge David M. Weisman** |
| | ) | |
| **This Document Relates to All Cases** | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| **IN RE:  NATIONAL COLLEGIATE** | ) | |
| **ATHLETIC ASSOCIATION** | ) | **MDL No. 2492** |
| **STUDENT-ATHLETE CONCUSSION** | ) | |
| **INJURY LITIGATION –** | ) | **Master Docket No. 16 C 8727** |
| **SINGLE SPORT/SINGLE SCHOOL** | ) | |
| **(FOOTBALL)** | ) | **Judge John Z. Lee** |
| | ) | |
| | ) | **Magistrate Judge David M. Weisman** |
| | ) | |
| **This Document Relates to All Cases** | ) | |

The clerk is directed to remove Conditional Transfer Order 5 and Conditional Transfer Order 6 in MDL No. 2492 from case No. 13-cv-6116 and docket them in case 16-cv-8727.

Any and all future Conditional Transfer Orders for new incoming (football related cases) should be docketed in the 16-cv-8727 case not the 13-cv-9116 case.

_____
John Z. Lee

9/9/16