IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION-SINGLE SPORT/SINGLE SCHOOL (FOOTBALL) | MDL No. 2492<br><br>Master Docket No. 16 C 8727<br><br>Original N.D. Ill. Dkt. Nos.: 1:16-cv-07323, 1:16-cv-07322, 1:16-cv-07326, 1:16-cv-07324, 1:16-cv-07325, 1:16-cv-8582, 1:16-cv-8579, 1:16-cv-8581, 1:16-cv-8584, 1:16-cv-8583.<br><br>Judge John Z. Lee<br><br>Magistrate Judge David M. Weisman<br><br>This Document Relates to N.D. Ill. Docket Nos. 1:16-cv-07323, 1:16-cv-07322, 1:16-cv-07326, 1:16-cv-07324, 1:16-cv-07325, 1:16-cv-8582, 1:16-cv-8579, 1:16-cv-8581, 1:16-cv-8584, 1:16-cv-8583. |

**ATTORNEY APPEARANCE**

I, J. Dominick Larry, respectfully submit the attached Northern District of Illinois Attorney Appearance Form (Exhibit 1) providing for my appearance on behalf of Plaintiffs Christopher Burkholder, David Burns, Glenn Capriola, Larry Carr, William Crawford, Derrick Lee, Joseph Miller, Orenthal James Owens, Richard Seals, and Brandon Walthour in each of their respective cases before this Court.

          Respectfully submitted,

Dated: September 13, 2016     By: /s/ J. Dominick Larry
              One of Plaintiffs' Attorneys

          J. Dominick Larry
          nlarry@edelson.com
          EDELSON PC
          350 North LaSalle Street, 13th Floor
          Chicago, Illinois 60654
          Tel: 312.589.6370
          Fax: 312.589.6378

## **CERTIFICATE OF SERVICE**

    I, J. Dominick Larry, an attorney, hereby certify that on September 13, 2016, I served the above and foregoing *Attorney Appearance* by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                        /s/     J. Dominick Larry