# **EXHIBIT B**

# ANAPOLWEISS

Anapol Weiss, (the "Firm") comprised of twenty-four attorneys with offices across the country, has specialized in representing injured parties in complex mass tort, class action, medical malpractice and catastrophic injury cases for nearly forty years. During this time, Anapol Weiss has recovered billions of dollars for its clients and the classes they represented. Anapol Weiss has been regularly recognized as a national powerhouse in personal injury, product liability, class action and mass tort litigation, having successfully litigated thousands of cases in state and federal courts. As a result, Anapol Weiss has developed a nationwide reputation for excellence, dedication to its clients, leadership in the legal community and involvement with various charitable endeavors. Simply put, Anapol Weiss is dedicated to obtaining justice for those who have been injured or wronged, speaking out for them, and ensuring access to the justice system. Members of the Firm have held various leadership roles on multiple state coordinated and MDL PSC's including some as lead or co-lead counsel in the following cases: Fen-Phen (class counsel), Propulsid (NJ State Court lead counsel), Baycol (Pennsylvania State Court), Avandia (PA State Court lead counsel), Trasylol (lead counsel), Human Tissue (co-lead counsel), Zimmer NexGen Knee (co-lead counsel), and most recently the NFL Concussion MDL (co-lead counsel).

## SOL H. WEISS

Sol H. Weiss, a Shareholder of Anapol Weiss, is an experienced trial attorney known for his exacting preparation and attention to detail. A "lawyer's lawyer," he is able to handle the most complex case and still present the facts and law in a way the judge and jury will understand. Mr. Weiss concentrates his practice in complex civil litigation, including class actions and pharmaceutical cases, medical and other professional malpractice, securities litigation and products liability matters. He earned his Bachelor's Degree from the Pennsylvania State University in 1968 and his law degree from Villanova University School of Law in 1972. He is licensed to practice in Pennsylvania, as well as being specially admitted to practice in other states and federal courts.

Mr. Weiss has served in various positions for the Pennsylvania Association for Justice and was a member of the Board of the Philadelphia Trial Lawyers Association. He is past President of the Eastern Pennsylvania Chapter of the American Board of Trial Advocates. He also served as Treasurer of the J. Willard O'Brien Inn of Court of Villanova University Law School. He is a frequent lecturer on class actions, pharmaceutical liability, civil litigation issues, trial skills and technology in the courtroom. He has lectured for many professional groups, including the Pennsylvania Bar Institute, Mealey's, Philadelphia Trial Lawyers Association, American Association for Justice and for private industry. He is a member of the American, Pennsylvania and Philadelphia Bar Associations, as well as the American Association for Justice, Pennsylvania Association for Justice and Philadelphia Trial Lawyers Association. Mr. Weiss is on the Board of Directors and is currently on the Executive Committee of the

American Association for Justice. In 2009, he received the Harry M. Philo Award as the Association's outstanding trial lawyer for his work on limiting Federal Preemption. In July, 2011 he received the David S. Shrager President's Award.

Mr. Weiss is an active member of the Board of Consultors of the Villanova University School of Law. He also served as a Director of the Linda Creed Breast Cancer Foundation.

Mr. Weiss has been involved in many significant verdicts and settlements, including:

- ❖ **$1 Billion Dollar Settlement In re: NFL Concussion Injury Litigation, 831 F.3d 410 (3d Cir. 2016).** Mr. Weiss served as co-lead class counsel in the consolidated multi-district NFL Concussion Injury Litigation resulting in a court approved class action settlement that covered over 20,000 retired players and their concussion related claims against the National Football League. In its final certification approval order the District Court found that class counsel (including Mr. Weiss) and subclass counsel were experienced in litigating mass torts and personal injury actions, vigorously prosecuted the action at arm's length from the NFL, and were able to extract substantial concessions in the process. In re: NFL Concussion Injury Litig., 307 F.R.D. 351, 373 (E.D. Pa. 2015).

- ❖ **$25 Million Dollars in Settlements in the consolidated cases known as the Luzerne County Pennsylvania Juvenile Litigation, styled: B.W., a minor v. Powell, et al., 288 F.R.D. 347 (M.D. Pa. 2012); 301 F.R.D. 144 (M.D. Pa. 2014); and 2015 U.S. Dist. LEXIS 172326 (M.D. Pa. 2015).** Mr. Weiss along with firm Shareholder, David S. Senoff, served as co-lead counsel in this class action which compensated minors whose civil rights were violated as a result of perhaps the worst judicial corruption scandal in the history of the United States.

- ❖ **$3.75 Billion Dollar Settlement in National Diet Drug Settlement Case.** Mr. Weiss started a nine-week long trial in Middlesex County, New Jersey seeking medical monitoring screening benefits for New Jersey residents. The case was eventually stayed when Mr. Weiss and other attorneys negotiated a $3.75 billion dollar settlement in the United States District Court for the Eastern District of Pennsylvania.

- ❖ **$68.5 Million Dollar Settlement for Baycol Pharmaceutical Case**. Mr. Weiss earned a $68.5 million dollar settlement for 168 people seriously injured by the statin drug, Baycol. Mr. Weiss negotiated the settlement with Bayer, who withdrew the medication from the market in 2001.

2

- **$4.85 Billion Dollar Vioxx Settlement.** Mr. Weiss served as Co-Liaison Counsel for 16,000 cases in the New Jersey State Court coordinated litigation.

- **AM/PM Franchisee Association v. Atlantic Richfield Company.** Mr. Weiss earned a confidential multi-million dollar class action settlement for AM/PM Mini Market operators against Atlantic Richfield Company to recover lost profits when ARCO supplied defective gasoline to dealers in New York and Pennsylvania.

- **900 Individual Diet Drug Victims Settle Lawsuits.** Mr. Weiss, along with co-counsel, negotiated a confidential settlement for 900 individual diet drug lawsuits on behalf of clients from seven law firms in Pennsylvania and New Jersey.

- **Duncan v. Lord, 409 F.Supp. 687 (E.D. Pa. 1976). Contingency Fee Agreement in Legal Malpractice.** Mr. Weiss successfully argued that a victim of legal malpractice should not be injured twice by having damages reduced by the percentage of the contingency fee agreement a victim signed with a negligent attorney. This was an issue of first impression that had not been previously decided upon under Pennsylvania Law.

- **Alfiero v. Berks Mutual Leasing Co., 500 A.2d 169 (Pa. Super. 1985). Insurance Companies Forced to Pay Amount Insured Agreed to Pay to Protect Personal Assets.** Mr. Weiss and Firm founder Paul Anapol achieved a landmark decision in which CNA Insurance Company was forced to pay an amount its insured agreed to pay to protect its personal assets. CNA argued unsuccessfully that it had no legal duty to indemnify the insured until it personally paid the judgment. This precedent has helped both victims and small corporations settle serious personal injury cases when the insurance company would rather delay or unjustly deny payment.