**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

National Collegiate Athletic Association
Student–Athlete Concussion Injury Litigation, et al.

        Plaintiff,

v.                                                                    Case No.:
                                                                      1:16–cv–08727
                                                                      Honorable John Z.
                                                                      Lee

Wake Forest University, et al.

        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 7, 2016:

     MINUTE entry before the Honorable John Z. Lee: Defendants agreed motion for leave to designate three lead counsel for Defendants and for an extension of time [23] is granted in part. The hearing set for 10/19/16 is reset to 11/30/16 at 11:00 a.m. Defendants motion for leave to designate lead counsel [23] and plaintiff's motion for appointment of co–lead counsel [25] are entered and continued for 11/30/16 at 11:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.