**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION – SINGLE SPORT / SINGLE SCHOOL (FOOTBALL)** )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **MDL No. 2492**<br><br>**Master Docket No. 1:16-cv-08727**<br><br>**Judge John Z. Lee**<br><br>**Magistrate Judge David M. Weisman**<br><br>**This Document Relates to All Cases** |

## LIST OF RELATED CASES

As specified in Paragraph 10(b) of Case Management Order No. 4 ("CMO 4") entered by this Court on September 8, 2016, the National Collegiate Athletic Association ("NCAA"), through its counsel, provides the following list of known cases currently pending in state or federal court involving concussion-related claims in which the NCAA is a party:[1]

### A. State Court Cases

1. Anderson, et al. v. NCAA, et al., Case No. 631,093 (Nineteenth Judicial District Court, Parish of East Baton Rouge, Louisiana, filed 6/5/2014): Individual suit filed on behalf of Michael Howard Anderson and Juanita Lockhart Anderson, a football player at Louisiana State University and his wife, by Patrick W. Pendley at Pendley, Baudin & Coffin, L.L.P.

2. Calderone v. Molloy College, et al., Case No. 14-706987 (Queens County, Supreme Court, New York, filed 12/29/2014): Individual suit filed on behalf of Craig Calderone, a soccer player at Molloy College, by Michael Peters at Antin, Ehrlich & Epstein, L.L.P.

3. Cunningham v. NCAA, Case No. DC-14-12249 (District Court of Dallas County, Texas (160th District), filed 11/3/2014): Individual suit filed on behalf of James Cunningham, a basketball player at Arizona State University, by Jeffrey Raizner at Doyle Raizner L.L.P.

4. Geishauser v. NCAA, Case No. 15-C-723 (Circuit Court of Monongalia County, West Virginia, filed 11/10/2015): Individual suit filed on behalf

---

[1] As contemplated by CMO 4, the lists below exclude the cases referenced in Paragraph 2 and Paragraph 3 of CMO 4. See CMO 4 (Dkt. #1) ¶¶ 2-3.

of Thomas Geishauser, a football player at West Virginia University, by Leif J. Ocheltree at Goldberg, Persky & White, P.C.

5. <u>Landry v. Stetson University, Inc., et al.</u>, Case No. 2016 11484 (Circuit Court of Volusia County, Florida, filed 9/28/2016):  Individual suit filed on behalf of Kaitlyn Landry, a women's soccer player at Stetson University, by Eric S. Block at the Law Offices of Eric S. Block, P.L.L.C.

6. <u>Onyshko, et al. v. NCAA</u>, Case No. 2014-3620 (Court of Common Pleas of Washington County, Pennsylvania, filed 6/27/2014):  Individual suit filed on behalf of Matthew Onyshko and Jessica Onyshko, a football player at California University of Pennsylvania and his wife, by Jason E. Luckasevic at Goldberg, Persky & White, P.C.

7. <u>Schmitz, et al. v. NCAA, et al.</u>, Case No. 14-834486 (Court of Common Pleas of Cuyahoga County, Ohio, filed 10/29/2014), and Case No. 15-103525 (Ohio Court of Appeals, filed 9/18/2015):  Individual suit filed on behalf of Steven Schmitz and Yvette Schmitz, a football player at the University of Notre Dame and his wife, by David Langfitt at Locks Law Firm.

8. <u>Wells v. NCAA</u>, Case No. 02-CV-2013-902657.00 (Circuit Court of Mobile County, Alabama, filed 9/30/2013):  Individual suit filed on behalf of Mary Shelton Bryant Wells, a soccer player at Samford University, by Steven A. Martino at Taylor-Martino, P.C.

9. <u>Whalley v. Stetson University, Inc., et al.</u>, Case No. 2015-11600 (Circuit Court of the Seventh Judicial Circuit in and of Volusia County, Florida, filed 9/28/2015):  Individual suit filed on behalf of Chelsea Whalley, a softball player at Stetson University, by Joel Piedra at The Pendas Law Firm.

### B.      Federal Court Non-Class Case

1. <u>Bradley v. NCAA, et al.</u>, Case No. 1:16-cv-00346 (D.D.C., removed from Superior Court for D.C. on 2/24/2016):  Individual suit filed on behalf of Jennifer Bradley, a field hockey player at American University, by Matthew Andrew Nace at Paulson & Nace, P.L.L.C.

## C.     Consolidated Federal Court Class Cases[2]

1.   <u>Bonds v. Southeastern Conference and NCAA</u>, Case No. 1:16-cv-09987 (N.D. Ill., originally filed in S.D. Ind. on 10/4/2016)

2.   <u>Bozeman v. Southeastern Conference and NCAA</u>, Case No. 1:16-cv-09992 (N.D. Ill., originally filed in S.D. Ind. on 10/4/2016)

3.   <u>Clayton v. Syracuse University, American Athletic Conference and NCAA</u>, Case No. 1:16-cv-09988 (N.D. Ill., originally filed in S.D. Ind. on 10/4/2016)

4.   <u>Collins v. American Athletic Conference and NCAA</u>, Case No. 1:16-cv-09991 (N.D. Ill., originally filed in S.D. Ind. on 10/4/2016)

5.   <u>Courtney v. NCAA</u>, Case No. 1:16-cv-10005 (N.D. Ill., originally filed in S.D. Ind. on 10/6/2016)

6.   <u>Davison v. Southeastern Conference and NCAA</u>, Case No. 1:16-cv-09971 (N.D. Ill., originally filed in S.D. Ind. on 8/31/2016)

7.   <u>Donner v. Mid-American Conference and NCAA</u>, Case No. 1:16-cv-09986 (N.D. Ill., originally filed in S.D. Ind. on 10/3/2016)

8.   <u>Dudley v. Atlantic Coast Conference and NCAA</u>, Case No. 1:16-cv-09990 (N.D. Ill., originally filed in S.D. Ind. on 10/4/2016)

9.   <u>Ford v. Southeastern Conference and NCAA</u>, Case No. 1:16-cv-09974 (N.D. Ill., originally filed in S.D. Ind. on 8/31/2016)

---

[2]     The cases identified at Nos. 1-16, 18-19 and 21-32 in the list below were recently transferred to the United States District Court for the Northern District of Illinois and consolidated in the above-captioned matter pursuant to Conditional Transfer Orders 7 and 8 (Dkt. ##32, 38).  For purposes of completion and pursuant to the CMO 4, which calls for "all known related cases (other than the matters listed above) pending in state or federal court," those cases are identified herein.  The case identified at No. 20 in the list below, <u>Mason v. NCAA, et al.</u>, Case No. 2:16-cv-01536 (W.D. Pa.), has not to our knowledge been identified in a tag-along notice submitted to the Judicial Panel on Multidistrict Litigation.  The case identified at No. 17 in the list below, <u>Jerrick v. Big Ten Conference, et al.</u>, Case No. 1:16-cv-09485 (N.D. Ill.), was filed in the Northern District of Illinois and, therefore, is likely to be transferred to this Court pursuant to Local Rule 40.3(b)(6).  <u>See</u> N.D. Ill. L.R. 40.3(b)(6) ("Where a civil case is filed as a potential tag-along action to a multidistrict litigation ("MDL") proceeding pending in the district, it shall be assigned directly to the judge handling the MDL proceeding."); <u>see also</u> Case Management Order No. 1 (Dkt. #15), <u>In re NCAA Student-Athlete Concussion Injury Litig.</u>, Case No. 1:13-cv-09116 (N.D. Ill.), at 1-2 ("Any 'tag-along actions' later filed in, removed to or transferred to this Court, or directly filed in the Northern District of Illinois, will automatically be consolidated with this action without the necessity of future motions or orders.").

10. <u>Gallon v. Atlantic Coast Conference and NCAA</u>, Case No. 1:16-cv-09973 (N.D. Ill., originally filed in S.D. Ind. on 8/31/2016)

11. <u>Gray v. University of Notre Dame du Lac and NCAA</u>, Case No. 1:16-cv-09989 (N.D. Ill., originally filed in S.D. Ind. on 10/4/2016)

12. <u>Harley v. American Athletic Conference and NCAA</u>, Case No. 1:16-cv-09984 (N.D. Ill., originally filed in S.D. Ind. on 10/3/2016)

13. <u>Harrison v. Ohio Valley Conference and NCAA</u>, Case No. 1:16-cv-09977 (N.D. Ill., originally filed in S.D. Ind. on 8/31/2016)

14. <u>Harvey v. Southeastern Conference and NCAA</u>, Case No. 1:16-cv-09993 (N.D. Ill., originally filed in S.D. Ind. on 10/4/2016)

15. <u>Hawkins v. Pac-12 Conference and NCAA</u>, Case No. 1:16-cv-09970 (N.D. Ill., originally filed in N.D. Cal. on 9/1/2016)

16. <u>Hill v. University of Miami, Atlantic Coast Conference and NCAA</u>, Case No. 1:16-cv-09978 (N.D. Ill., originally filed in S.D. Ind. on 8/31/2016)

17. <u>Jerrick v. Big Ten Conference and NCAA</u>, Case No. 1:16-cv-09485 (N.D. Ill., filed 10/4/2016)

18. <u>Johnson v. Conference USA, Big East Conference and NCAA</u>, Case No. 1:16-cv-09979 (N.D. Ill., originally filed in S.D. Ind. on 8/31/2016)

19. <u>Mason v. Conference USA and NCAA</u>, Case No. 1:16-cv-10003 (N.D. Ill., originally filed in S.D. Ind. on 10/5/2016)

20. <u>Mason v. NCAA, American Athletic Conference f/k/a Big East Conference, Atlantic Coast Conference and University of Pittsburgh,</u> Case No. 2:16-cv-01536 (W.D. Pa., filed 10/6/2016)

21. <u>Odom v. NCAA</u>, Case No. 1:16-cv-10002 (N.D. Ill., originally filed in S.D. Ind. on 10/4/2016)

22. <u>Pettus v. University of Richmond and NCAA</u>, Case No. 1:16-cv-09994 (N.D. Ill., originally filed in S.D. Ind. on 10/4/2016)

23. <u>Reddick v. Mid-East Athletic Conference and NCAA</u>, Case No. 1:16-cv-09985 (N.D. Ill., originally filed in S.D. Ind. on 10/3/2016)

24. <u>Richardson v. Southeastern Conference and NCAA</u>, Case No. 1:16-cv-09980 (N.D. Ill., originally filed in S.D. Ind. on 8/31/2016)

25. <u>Shaffer v. Capital University Board of Trustees, Ohio Athletic Conference and NCAA</u>, No. 1:16-cv-10004 (N.D. Ill., originally filed in S.D. Ind. on 10/6/2016)

26. <u>Sullivan v. Pac-12 Conference and NCAA</u>, Case No. 1:16-cv-09995 (N.D. Ill., originally filed in S.D. Ind. on 10/4/2016)

27. <u>Tolbert v. Sun Belt Conference and NCAA</u>, Case No. 1:16-cv-10000 (N.D. Ill., originally filed in S.D. Ind. on 10/4/2016)

28. <u>Towe v. Mid-American Conference and NCAA</u>, Case No. 1:16-cv-09983 (N.D. Ill., originally filed in S.D. Ind. on 10/3/2016)

29. <u>Walker v. Mid-America Intercollegiate Athletics Association and NCAA</u>, Case No. 1:16-cv-09727 (N.D. Ill., originally filed in S.D. Ind. on 9/30/2016)

30. <u>Washington v. Big 12 Conference and NCAA</u>, Case No. 1:16-cv-09981 (N.D. Ill., originally filed in S.D. Ind. on 9/1/2016)

31. <u>Williams v. NCAA</u>, Case No. 1:16-cv-09982 (N.D. Ill., originally filed in S.D. Ind. on 10/3/2016)

32. <u>Wysocki v. Atlantic Coast Conference and NCAA</u>, Case No. 1:16-cv-10001 (N.D. Ill., originally filed in S.D. Ind. on 10/4/2016)

Dated: October 26, 2016

Respectfully submitted,

*/s/ Mark S. Mester*
Lead Counsel for Defendant
National Collegiate Athletic Association

Mark S. Mester
    mark.mester@lw.com
Johanna M. Spellman
    johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois, 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767

## **CERTIFICATE OF SERVICE**

I, Mark S. Mester, certify that on October 26, 2016, a true and correct copy of the

forgoing LIST OF RELATED CASES was filed through the CM/ECF system, which caused

notice to be sent to all counsel of record.

/s/ Mark S. Mester
Mark S. Mester Mark S. Mester
    mark.mester@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois, 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767