IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION – SINGLE SPORT/SINGLE SCHOOL (FOOTBALL) | MDL No. 2492 <br><br> Master Docket No. 16 C 8727 <br><br> Judge John Z. Lee <br><br> Magistrate Judge David M. Weisman <br><br> This Document Relates to S.D. Indiana No. 1:16-cv-02595 |

## AFFIDAVIT OF SERVICE

I, David S. Senoff, Esquire, do hereby certify that a true and correct copy of the Summons and Amended Class Action Complaint was served upon Defendant, The Mid-Atlantic Intercollegiate Athletics Association on October 11, 2016 by Certified Mail, Return Receipt Requested. A true and correct copy of the certified receipt is attached hereto and marked as Exhibit "A."

ANAPOL WEISS

Dated: November 4, 2016

By: /s/ David S. Senoff
One of Plaintiff's Attorneys

SOL H. WEISS, ESQUIRE (NO. 15925)
DAVID S. SENOFF, ESQUIRE (NO. 65278)
ONE LOGAN SQUARE
130 N. 18TH STREET, SUITE 1600
PHILADELPHIA, PA 19103
PHONE: (215) 790-4550
FAX: (215) 875-7733
SWEISS@ANAPOLWEISS.COM
DSENOFF@ANAPOLWEISS.COM

ROBERT T. DASSOW, ESQUIRE
HOVDE DASSOW & DEETS
201 W. 103RD STREET, SUITE 500
INDIANAPOLIS, INDIANA 46290

PHONE: (317) 818-3100
FAX: (317) 818-3111
RDASSOW@HOVDELAW.COM

*ATTORNEYS FOR PLAINTIFF AND THE CLASS*

## CERTIFICATE OF SERVICE

I, David S. Senoff, an attorney, certify that on November 4, 2016, I served the above and foregoing by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

/s/ David S. Senoff