Exhibit "A"

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mid-America Intercollegiate
Athletics Assoc.
1627 Main St, Ste 901
Kansas City, Missouri
64108

2. 7006 0810 0002 2805 5877

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Amber Feld_  ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7006 0810 0002 2805 5877

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Mid America Intercollegiate
Street, Apt. No.; or PO Box No.: 1627 Main St, Ste 901
City, State, ZIP+4: Kansas City, 64108

PS Form 3800, June 2002  See Reverse for Instructions

English     Customer Service     USPS Mobile     Register / Sign In



# USPS Tracking®

**Still Have Questions?** Browse our FAQs ›



Get Easy Tracking Updates › Sign up for My USPS.

Tracking Number: 70060810000228055877

## Product & Tracking Information

**Postal Product:**

**Features:** Certified Mail™

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 11, 2016, 1:48 pm | Delivered, Left with Individual | KANSAS CITY, MO 64108 |

Your item was delivered to an individual at the address at 1:48 pm on October 11, 2016 in KANSAS CITY, MO 64108.

| | | |
|---|---|---|
| October 10, 2016, 8:34 pm | Departed USPS Facility | KANSAS CITY, MO 64121 |
| October 10, 2016, 6:36 am | In Transit to Destination | |
| October 8, 2016, 10:35 am | Forwarded | KANSAS CITY, MO |
| October 8, 2016, 10:30 am | Undeliverable as Addressed | KANSAS CITY, MO 64111 |
| October 8, 2016, 7:56 am | Out for Delivery | KANSAS CITY, MO 64108 |
| October 8, 2016, 7:46 am | Sorting Complete | KANSAS CITY, MO 64108 |
| October 8, 2016, 5:42 am | Arrived at Unit | KANSAS CITY, MO 64111 |
| October 7, 2016, 10:17 pm | Arrived at USPS Destination Facility | KANSAS CITY, MO 64121 |
| October 7, 2016, 12:31 pm | Arrived at USPS Facility | KANSAS CITY, MO 64108 |
| October 6, 2016, 11:32 am | Departed USPS Facility | KANSAS CITY, KS 66106 |
| October 6, 2016, 5:58 am | Arrived at USPS Facility | KANSAS CITY, KS 66106 |
| October 5, 2016, 7:33 am | Arrived at USPS Facility | LANCASTER, PA 17604 |
| October 5, 2016, 3:48 am | Departed USPS Facility | PHILADELPHIA, PA 19116 |
| October 4, 2016, 11:42 pm | Arrived at USPS Origin Facility | PHILADELPHIA, PA 19116 |
| October 4, 2016, 5:25 pm | Departed Post Office | PHILADELPHIA, PA 19104 |
| October 4, 2016, 5:00 pm | Acceptance | PHILADELPHIA, PA 19104 |