# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION-SINGLE SPORT/SINGLE SCHOOL (FOOTBALL) | MDL No. 2492<br><br>Master Docket No. 16 C 8727<br><br>Original N.D. Ill. Dkt. Nos: 16-cv-9984, 16-cv-9983, 16-cv-9986, 16-cv-9985, 16-cv-9988, 16-cv-9991, 16-cv-9989, 16-cv-9994, 16-cv-10000, 16-cv-9979, 16-cv-8581.<br><br>Judge John Z. Lee<br><br>Magistrate Judge David M. Weisman<br><br>This Document Relates to Ill. Dkt. Nos.: 16-cv-9984, 16-cv-9983, 16-cv-9986, 16-cv-9985, 16-cv-9988, 16-cv-9991, 16-cv-9989, 16-cv-9994, 16-cv-10000, 16-cv-9979, 16-cv-8581. |

## **EXECUTED SUMMONSES**

# RETURN OF SERVICE

Court: **IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Case No.: **1:16 CV 08581**

Plaintiff: **Larry Carr, individually and on behalf of all others similarly situated**
vs.
Defendant: **Brigham Young University, et al.**

I, __PATRICK OWEN__, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of __COLORADO__.

Type of Process: **Preservation Letter Dated November 7, 2016, Summons in a Civil Case and Class Action Complaint and Demand for Jury Trial**

Defendant to be served: **Western Athletic Conference, c/o Jon T. Bradley**

Address where attempted or served: **2201 Ford Street, Golden, CO 80401**

On __11/07/2016__ at __3:37pm__, I (X) Served ( ) Non-served the within named defendant in the following manner:

☐ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

☒ CORPORATE SERVICE: By leaving a copy of this process with __Jon T. Bradley__
(Title) __Agent for Service__, a person authorized to accept service and informed the person of the contents thereof.

☐ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship)_____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2016.

☐ NON SERVICE: I have been unable to effect service because of the following reason(s):
_____
_____

Description of person process was left with:

Sex: __M__  Race: __WHT__  Hair: __BRN__  Approx. Age: __60__  Height: __6'3"__  Weight: __250 LBS__

Comments: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

FURTHER AFFIANT SAYETH NOT.

State of __COLORADO__

County of __JEFFERSON__

X _____
__PATRICK OWEN__
(Executed on)

Subscribed and Sworn to before me on this

__08__ day of __NOVEMBER__, 20__16__

_____
Signature of Notary Public

Job: 344559
File:

EVERARDO L TORRES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134076333
MY COMMISSION EXPIRES FEBRUARY 6, 2018

ONE

# RETURN OF SERVICE

Court: **IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA**

Case No.: **1:16 CV 2635**

Plaintiff: **Marcus Clayton, individually and on behalf of all others similarly situated**
vs.
Defendant: **Syracuse University, et al.**

I, __Derek Harrington__, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of __New York__.

Type of Process: **Preservation Letter Dated October 20, 2016, Summons in a Civil Action and Class Action Complaint and Demand for Jury Trial**

Defendant to be served: **Syracuse University, Office of University Counsel**

Address where attempted or served: **Crouse-Hinds Hall, Suite 513, Waverly Avenue, Syracuse, NY 13210**

On __10/25/16__ at __3:42pm__, I (X Served ( ) Non-served the within named defendant in the following manner:

INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

CORPORATE SERVICE: By leaving a copy of this process with __Souher Cosselman__ (Title) __Exec. Asst.__, a person authorized to accept service and informed the person of the contents thereof.

SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2016.

NON SERVICE: I have been unable to effect service because of the following reason(s):
_____
_____

Description of person process was left with:

Sex: __F__  Race: __Olive__  Hair: __Black__  Approx. Age: __35__  Height: __5'7"__  Weight: __130__

Comments: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

FURTHER AFFIANT SAYETH NOT.

State of __New York__

County of __Onondaga__

X _____
Derek Harrington
(Executed on)

Subscribed and Sworn to before me on this __8__ day of __November__, 20__16__.

_____
Signature of Notary Public

Job: 341849
File:

AMANDA R. GEARY
Notary Public, State of New York
No. 02GE6297032
Qualified in Onondaga County
My Commission Expires Feb. 10, 20__18__

# RETURN OF SERVICE

Court: IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

Case No.: 1:16 CV 2649 WTL DML

Plaintiff: Antjuan Tolbert, individually and on behalf of all others similarly situated
vs.
Defendant: Sun Belt Conference, et al.

I, JEREMY BOLDEN, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of LOUISIANA.

Type of Process: Preservation Letter Dated October 17, 2016, Summons in a Civil Action and Class Action Complaint and Demand for Jury Trial

Defendant to be served: Sun Belt Conference, c/o Herbert L. Carter, III

Address where attempted or served: 1500 Sugar Bowl Drive, New Orleans, LA 70112

On 10/21/2016 at 11:40 AM I (✓ Served) ( ) Non-served the within named defendant in the following manner:

☐ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

☑ CORPORATE SERVICE: By leaving a copy of this process with KATHY KEENE
(Title) DEPUTY COMMISH, a person authorized to accept service and informed the person of the contents thereof.

☐ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2016.

☐ NON SERVICE: I have been unable to effect service because of the following reason(s):
_____

Description of person process was left with:

Sex: FEMALE Race: WHITE Hair: BLONDE Approx. Age: 35 Height: 5'9" Weight: 165 lbs.

Comments: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

FURTHER AFFIANT SAYETH NOT.

X _____

State of LOUISIANA

County of LIVINGSTON PARISH

OCTOBER 24, 2016
(Executed on)

Subscribed and Sworn to before me on this
24 day of October, 2016

Signature of Notary Public

DAWN S. AIME

Job: 341258
File:

# RETURN OF SERVICE

Court: IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

Case No.: 1:16 CV 2635

Plaintiff: Marcus Clayton, individually and on behalf of all others similarly situated
vs.
Defendant: Syracuse University, et al.

I, _James F Mallinson_, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of __RI__.

Type of Process: **Preservation Letter Dated October 17, 2016, Summons in a Civil Action and Class Action Complaint and Demand for Jury Trial**

Defendant to be served: **American Athletic Conference, c/o E. Colby Cameron**

Address where attempted or served: **301 Promenade Street, Providence, RI 02908**

On _10/24/16_ at _10:06 am_, I (✓) Served ( ) Non-served the within named defendant in the following manner:

___ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

(✗) CORPORATE SERVICE: By leaving a copy of this process with _Colby Cameron (Atty)_
(Title) _Registered Agent_, a person authorized to accept service and informed the person of the contents thereof.

___ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2016.

___ NON SERVICE: I have been unable to effect service because of the following reason(s):
_____
_____

Description of person process was left with:
Sex: _M_ Race: _White_ Hair: _White_ Approx. Age: _64_ Height: _62_ Weight: _220_
Comments: _N_

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

FURTHER AFFIANT SAYETH NOT.
State of _RI_
County of _Providence_

X _James Mallinson_   RI Constable #6174
                                              James F Mallinson
_10/24/16_
(Executed on)

Subscribed and Sworn to before me on this
_24_ day of _Oct_, 20 _16_

_/s/ Paul G Hughes_
Signature of Notary Public
**PAUL G HUGHES**
**NOTARY PUBLIC ID 7370**
**STATE OF RHODE ISLAND**
**MY COMMISSION EXPIRES DEC 4, 2018**

Job: 341839
File:

# RETURN OF SERVICE

Court: **IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA**

Case No.: **1:16 CV 02640**

Plaintiff: **Conredge Collins, individually and on behalf of all others similarly situated**
vs.
Defendant: **American Athletic Conference, et al.**

I, __James P Mullinson__, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of __RI__.

Type of Process: **Preservation Letter Dated October 17, 2016, Summons in a Civil Action and Class Action Complaint and Demand for Jury Trial**

Defendant to be served: **American Athletic Conference, c/o E. Colby Cameron**

Address where attempted or served: **301 Promenade Street, Providence, RI 02908**

On __10/24/16__ at __10:28am__ I (X) Served ( ) Non-served the within named defendant in the following manner:

☐ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

☒ CORPORATE SERVICE: By leaving a copy of this process with __Colby Cameron (AM)__
(Title) __Registered Agent__, a person authorized to accept service and informed the person of the contents thereof.

☐ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2016.

☐ NON SERVICE: I have been unable to effect service because of the following reason(s):
_____
_____

Description of person process was left with:
Sex: __M__  Race: __White__  Hair: __White__  Approx. Age: __64__  Height: __6'2"__  Weight: __220__
Comments: __0__

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

FURTHER AFFIANT SAYETH NOT.

State of __RI__
County of __Providence__

X __[signature]__   RI Constable #5174
                   James P Mullinson
__10/24/16__
(Executed on)

Subscribed and Sworn to before me on this
__24__ day of __Oct__, 20__16__

__[signature]__
Signature of Notary Public    **PAUL G HUGHES**
                              **NOTARY PUBLIC ID 7370**
Job: 341840                   **STATE OF RHODE ISLAND**
File:                         **MY COMMISSION EXPIRES DEC 4, 2018**

# RETURN OF SERVICE

Court: IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

Case No.: **1:16 CV 2632**

Plaintiff: **Geoff Donner, individually and on behalf of all others similarly situated**
vs.
Defendant: **Mid-American Conference, et al.**

I, __John C Richards__, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of __Ohio__.

Type of Process: **Preservation Letter Dated October 19, 2016, Summons in a Civil Action and Class Action Complaint and Demand for Jury Trial**

Defendant to be served: **Mid-American Conference**

Address where attempted or served: **24 Public Square, 15th Floor, Cleveland, OH 44113**

On __10-24-16__ at __10:31 AM__, I [X] Served ( ) Non-served the within named defendant in the following manner:

[ ] **INDIVIDUAL SERVICE:** By delivering a copy of this process to the within named Defendant personally.

[X] **CORPORATE SERVICE:** By leaving a copy of this process with __Julie Kechner__
(Title) __Executive Assft__, a person authorized to accept service and informed the person of the contents thereof.

[ ] **SUBSTITUTE SERVICE:** By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2016.

[ ] **NON SERVICE:** I have been unable to effect service because of the following reason(s):
_____

Description of person process was left with:

Sex: __F__ Race: __W__ Hair: __Brn__ Approx. Age: __55__ Height: __5'9"__ Weight: __150__

Comments: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

FURTHER AFFIANT SAYETH NOT.

State of __Ohio__

County of __Franklin__

Subscribed and Sworn to before me on this

__24th__ day of __October__, 20__16__

_(Signature of Notary Public)_

X __John C Richards__
(Executed on)

_[Notary Seal: JILLIAN RICHARDS, NOTARY PUBLIC, STATE OF OHIO]_

Job: 341728
File:

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

Gary Gray, individually and on behalf of all others similarly situated
    Plaintiff(s),

vs.

University of Notre Dame Du Lac, et al.
    Defendant(s),

Case No.:1:16 CV 02638

**AFFIDAVIT OF SERVICE**

I, **John M. Jenkins**, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: **Preservation Letter Dated October 17, 2016, Summons in a Civil Action and Class Action Complaint and Demand for Jury Trial**

Defendant to be served: **University of Notre Dame Du Lac, c/o Marianne Corr, Vice President and General Counsel**

Address where served: **University of Notre Dame Du Lac, 203 Main Building, Notre Dame, IN 46556**

On **October 24, 2016** at **1:15 PM**, I served the within named defendant in the following manner:

**CORPORATE SERVICE:** By leaving a copy of this process with **Deborah Gaberee**, (Title) **Authorized Agent**, a person authorized to accept service and informed the person of the contents thereof.

Description of person process was left with:

Sex: **Female** - Race: **White** - Hair: **Gray** - Approx. Age: **60** - Height: **5'7"** - Weight: **175**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

John M. Jenkins

State of INDIANA

County of LAKE

Subscribed and Sworn to before me on this 24th day of OCTOBER, 2016

Signature of Notary Public

Job: 341370
File:

GLORIA E. ROLDAN
Notary Public, State of Indiana
Lake County
Commission # 649634
My Commission Expires
December 18, 2020

# RETURN OF SERVICE

Court: IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

Case No.: **1:16 CV 2630**

Plaintiff: **David Harley, individually and on behalf of all others similarly situated**
vs.
Defendant: **American Athletic Conference, et al.**

I, _James F Mallinson_, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of _RI_.

Type of Process: **Preservation Letter Dated October 20, 2016, Summons in a Civil Action and Class Action Complaint and Demand for Jury Trial**

Defendant to be served: **American Athletic Conference, c/o E. Colby Cameron**

Address where attempted or served: **301 Promenade Street, Providence, RI 02908**

On _10/24/16_ at _10:28 am_, I (X) Served ( ) Non-served the within named defendant in the following manner:

☐ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

☒ CORPORATE SERVICE: By leaving a copy of this process with _Colby Cameron (Atty)_
(Title) _Registered Agent_, a person authorized to accept service and informed the person of the contents thereof.

☐ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with
_____ (Relationship) _____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2016.

☐ NON SERVICE: I have been unable to effect service because of the following reason(s):

_____

Description of person process was left with:
Sex: _M_ Race: _white_ Hair: _white_ Approx. Age: _64_ Height: _6 2_ Weight: _220_
Comments: _X_

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

FURTHER AFFIANT SAYETH NOT.
State of _RI_
County of _Providence_

X _James F Mallinson_
RI Constable #6174
James F Mallinson
_10/24/16_
(Executed on)

Subscribed and Sworn to before me on this
_24_ day of _OCT_, 20_16_

_____
Signature of Notary Public

Job: 341837
File:

PAUL G HUGHES
NOTARY PUBLIC ID 7370
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES DEC 4, 2018

# RETURN OF SERVICE

Court: **IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

Case No.: **1:16 CV 2341**

Plaintiff: **Willie Johnson, individually and on behalf of all others similarly situated**
vs.
Defendant: **Conference USA, et al.**

I, __James F Mallinson__, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of __RI__.

Type of Process: **Preservation Letter Dated October 20, 2016, Summons in a Civil Action and Amended Class Action Complaint and Demand for Jury Trial**

Defendant to be served: **American Athletic Conference, c/o E. Colby Cameron**

Address where attempted or served: **301 Promenade Street, Providence, RI 02908**

On __10/24/16__ at __10:28am__, I (X) Served ( ) Non-served the within named defendant in the following manner:

☐ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

☒ CORPORATE SERVICE: By leaving a copy of this process with __Colby Cameron (Apt)__
(Title) __Registered Agent__, a person authorized to accept service and informed the person of the contents thereof.

☐ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2016.

☐ NON SERVICE: I have been unable to effect service because of the following reason(s):
_____
_____

Description of person process was left with:
Sex: __M__ Race: __White__ Hair: __White__ Approx. Age: __64__ Height: __6'2__ Weight: __220__
Comments: __0__

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

FURTHER AFFIANT SAYETH NOT.

State of __RI__
County of __Providence__

X _James F Mallinson_
RI Constable #6174
(Executed on)
James F Mallinson

Subscribed and Sworn to before me on this __24__ day of __Oct__, 20__16__.

_Signature of Notary Public_

Job: 341830
File:

PAUL G HUGHES
NOTARY PUBLIC ID 7370
STATE OF RHODE ISLAND
**MY COMMISSION EXPIRES DEC 4, 2018**

RETURN OF SERVICE

Court: **UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA**

Case No.: **1:16 CV 2644 TWP DKL**

Plaintiff: **Frederick Pettus, individually and on behalf of all others similarly situated**
vs.
Defendant: **University of Richmond, et al.**

I, _KENNETH V. COWDREY_, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of _VIRGINIA_.

Type of Process: **Preservation Letter Dated October 17, 2016, Summons in a Civil Action and Class Action Complaint and Demand for Jury Trial**

Defendant to be served: **University of Richmond, c/o Shannon E. Sinclair, Vice President and General Counsel**

Address where attempted or served: **28 Westhampton Way, Maryland Hall Suite 200, University of Richmond, VA 23173**

On _OCT. 20, 2016_ at _12:30 PM_, I (✓) Served ( ) Non-served the within named defendant in the following manner:

☐ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

☑ CORPORATE SERVICE: By leaving a copy of this process with _LINDSEY KING_
(Title) _ADMINISTRATIVE SPECIALIST_, a person authorized to accept service and informed the person of the contents thereof.

☐ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2016.

☐ NON SERVICE: I have been unable to effect service because of the following reason(s):
_____
_____

Description of person process was left with:

Sex: _F_ Race: _B_ Hair: _BLACK_ Approx. Age: _30_ Height: _5'0"_ Weight: _105_

Comments: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

FURTHER AFFIANT SAYETH NOT.

State of _VIRGINIA_

County of _CHESTERFIELD_

X _[signature]_

_10-21-16_
(Executed on)

Subscribed and Sworn to before me on this

_21st_ day of _OCT._, 20_16_

_[signature]_
Signature of Notary Public

Job: 341362
File:

Karen L. Rice
Commonwealth of Virginia
Notary Public
Commission No. 355099
My Commission Expires 10/31/2017

RETURN OF SERVICE

Court: IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

Case No.: **1:16 CV 2631**

Plaintiff: **Patrick Reddick, individually and on behalf of all others similarly situated**
vs.
Defendant: **Mid-East Athletic Conference, et al.**

I, _Nancy G. Wood_, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of _Virginia_.

Type of Process: **Preservation Letter Dated October 18, 2016, Summons in a Civil Action and Class Action Complaint and Demand for Jury Trial**

Defendant to be served: **Mid-Eastern Athletic Conference, c/o Dennis E. Thomas**

Address where attempted or served: **2730 Ellsmere Avenue, Norfolk, VA 23513**

On _10/25/16_ at _12:10 PM_ I (X) Served ( ) Non-served the within named defendant in the following manner:

☐ **INDIVIDUAL SERVICE:** By delivering a copy of this process to the within named Defendant personally.

☒ **CORPORATE SERVICE:** By leaving a copy of this process with _Nikia Hill_
(Title) _Administration_, a person authorized to accept service and informed the person of the contents thereof.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2016.

☐ **NON SERVICE:** I have been unable to effect service because of the following reason(s):
_____
_____

Description of person process was left with:

Sex: _F_ Race: _Af. Amer._ Hair: _Black_ Approx. Age: _40's_ Height: _5'6"_ Weight: _300_

Comments: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

FURTHER AFFIANT SAYETH NOT.

State of _Virginia_
City of _Virginia Beach_

X _Nancy S. Wood_
_October 26, 2016_
(Executed on)

Subscribed and Sworn to before me on this
_26_ day of _October_, 20_16_

_Clare Elizabeth Wallace_
Signature of Notary Public   Reg. #: 7093944
My Comm. Expires: 10/30/2019
Job: 341571
File:

# RETURN OF SERVICE

Court: **IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA**

Case No.: **1:16 CV 2629**

Plaintiff: **Eric Towe, individually and on behalf of all others similarly situated**
vs.
Defendant: **Mid-American Conference, et al.**

I, _John C Richards_, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of _Ohio_.

Type of Process: **Preservation Letter Dated October 19, 2016, Summons in a Civil Action and Class Action Complaint and Demand for Jury Trial**

Defendant to be served: **Mid-American Conference**

Address where attempted or served: **24 Public Square, 15th Floor, Cleveland, OH 44113**

On _10-24-16_ at _10:51pm_ I ☒ Served ( ) Non-served the within named defendant in the following manner:

☐ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

☒ CORPORATE SERVICE: By leaving a copy of this process with _Julie Kechner_
(Title) _Exec Asst_, a person authorized to accept service and informed the person of the contents thereof.

☐ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship)_____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2016.

☐ NON SERVICE: I have been unable to effect service because of the following reason(s):
_____

Description of person process was left with:
Sex: _F_ Race: _W_ Hair: _Brn_ Approx. Age: _35_ Height: _5'5"_ Weight: _150_
Comments: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

FURTHER AFFIANT SAYETH NOT.

State of _Ohio_

County of _Trumbull_

X _JLCR_
_JL C R_
(Executed on)

Subscribed and Sworn to before me on this

_24th_ day of _October_, 20_16_

_Signature of Notary Public_

Job: 341730
File:

# CERTIFICATE OF SERVICE

      I hereby certify that on November 9, 2016, I served the above and foregoing ***Executed Summonses*** to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system. For those parties not registered with the Court's CM/ECF electronic filing system, paper copies of the foregoing were delivered via First Class Mail or electronic mail.

                                                /s/ J. Dominick Larry