# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION-SINGLE SPORT/SINGLE SCHOOL (FOOTBALL) | MDL No. 2492<br><br>Master Docket No. 16 C 8727<br><br>Original N.D. Ill. Dkt. Nos.: 1:16-cv-08579; 1:16-cv-08584; 1:16-cv-08581; 1:16-cv-07321; 1:16-cv-08583; 1:16-cv-07320; 1:16-cv-07325; 1:16-cv-07323; 1:16-cv-07324; 1:16-cv-07326; 1:16-cv-07322; 1:16-cv-05988; 1:16-cv-05986; 1:16-cv-05270; 1:16-cv-09727; 1:16-cv-09971; 1:16-cv-09973; 1:16-cv-09974; 1:16-cv-09977; 1:16-cv-09978; 1:16-cv-09979; 1:16-cv-08582; 1:16-cv-09980; 1:16-cv-09970; 1:16-cv-09981; 1:16-cv-09982; 1:16-cv-09983; 1:16-cv-09984; 1:16-cv-09985; 1:16-cv-09986; 1:16-cv-09987; 1:16-cv-09988; 1:16-cv-09989; 1:16-cv-09990; 1:16-cv-09991; 1:16-cv-09992; 1:16-cv-09993; 1:16-cv-09994; 1:16-cv-09995; 1:16-cv-10000; 1:16-cv-10001; 1:16-cv-10002; 1:16-cv-10003; 1:16-cv-10004; 1:16-cv-10005.<br><br>Judge John Z. Lee<br><br>Magistrate Judge David M. Weisman<br><br>This Document Relates to All Cases. |

## PLAINTIFFS' JOINT STATUS REPORT

Plaintiffs submit the following status report for the *Single Sport/Single School* cases filed after July 15, 2016, pursuant to paragraph 9 of the Court's September 8, 2016 case management order (the "Order").[1] (Dkt. 1.)

---

[1] This Joint Status Report does not reflect the status of cases that were part of Case No. 13-cv-9116 as of July 15, 2016, and include personal injury claims (e.g., *Nichols v. NCAA*, No. 14-cv-0962).

1

- *Samuels v. Penn State University, et al.*, **No. 1:16-cv-05270 (N.D. Ill.) (Originally filed in N.D. Ill.)**. Class action. All defendants have been served and all deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Cook v. Pac-12 Conference, et al.*, **No. 1:16-cv-07321 (N.D. Ill.) (Originally filed in N.D. Cal.)**. Class action. All defendants have been served and all deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Miller v. Southeastern Conference, et al.*, **No. 1:16-cv-07323 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. All defendants have been served and all deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Hermann v. Southeastern Conference, et al.*, **No. 1:16-cv-07320 (N.D. Ill.) (Originally filed in E.D. Cal.)**. Class action. All defendants have been served and all deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Walthour v. Vanderbilt University, et al.*, **No. 1:16-cv-07322 (N.D. Ill.) (Originally filed in M.D. Fla.)**. Class action. All defendants have been served and all deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Seals v. Western Athletic Conference, et al.*, **No. 1:16-cv-07326 (N.D. Ill.) (Originally filed in D. Utah)**. Class action. All defendants have been served and all deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Griffin, et al. v. Big Ten Conference, et al.*, **No. 1:16-cv-05986 (N.D. Ill.) (Originally filed in N.D. Ill.)**: Class action. All defendants have been served and all deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Owens v. Southeastern Conference, et al.*, **No. 1:16-cv-07324 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. All defendants have been served and all deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Strinko v. Big Ten Conference, et al.*, **No. 1:16-cv-05988 (N.D. Ill.) (Originally filed in N.D. Ill.)**. Class action. All defendants have been served and all deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Lee v. Duke University, et al.*, **No. 1:16-cv-07325 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. All defendants have been served and all deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Burkholder v. Wake Forest, et al.*, **No. 1:16-cv-8582 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. All defendants have been served and all deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Burns v. Stanford, et al.*, **No. 1:16-cv-8579 (N.D. Ill.) (Originally filed in N.D. Cal.)**. Class action. All defendants have been served and all deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Carr v. Brigham Young University, et al.*, **No. 1:16-cv-8581 (N.D. Ill.) (Originally filed in D. Colo.)**. Class action. All defendants have been served and all deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Capriola v. Boston College Board of Trustees, et al.*, **No. 1:16-cv-8584 (N.D. Ill.) (Originally filed in D. Mass.)**. Class action. All defendants have been served and all deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Crawford v. Atlantic Coast Conference, et al.*, **No. 1:16-cv-8583 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. All defendants have been served and all deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Walker v. The Mid-America Intercollegiate Athletics Assoc., et al.*, **No. 1:16-cv-09727 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. All defendants have been served and all deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Richardson v. Southeastern Conference, et al.*, **No. 1:16-cv-09980 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. All defendants have been served and all deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Hill v. University of Miami, et al.*, **No. 1:16-cv-09978 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. Defendant University of Miami has been served, Defendant NCAA has waived service, and Plaintiff requested that Defendant Atlantic Coast Conference waive service on October 14, 2016. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Gallon v. Atlantic Coast Conference, et al.*, **No. 1:16-cv-09973 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. Defendant NCAA has waived service, and Plaintiff requested that Defendant Atlantic Coast Conference waive service on October 14, 2016. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Davison v. Southeastern Conference, et al.*, **No. 1:16-cv-09971 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. All defendants have waived service and all deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Ford v. Southeastern Conference, et al.*, **No. 1:16-cv-09974 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. All defendants have waived service and all deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Harrison v. Ohio Valley Conference, et al.*, **No. 1:16-cv-09977 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. Defendant Ohio Valley Conference has been served, and Defendant NCAA has waived service. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Johnson v. Conference USA, et al.*, **No. 1:16-cv-09979** (**N.D. Ill.**) (**Originally filed in S.D. Ind.**). Class action. Defendant American Athletic Conference has been served, Defendant Conference USA has waived service, and Plaintiff requested that Defendant NCAA waive service on October 20, 2016. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Hawkins v. Pac-12, et al.*, **No. 1:16-cv-09970** (**N.D. Ill.**) (**Originally filed in N.D. Cal.**). Class action. Defendant NCAA and Defendant Pac-12 have waived service. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Washington v. Big-12, et al.*, **No. 1:16-cv-09981** (**N.D. Ill.**) (**Originally filed in S.D. Ind.**). Class action. Defendant Big-12 has been served, and Defendant NCAA has waived service. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Donner v. Mid-American Conference, et al.*, **No. 1:16-cv-09986** (**N.D. Ill.**) (**Originally filed in S.D. Ind.**). Class action. Defendant Mid-American Conference has been served, and Plaintiff requested that Defendant NCAA waive service on October 14, 2016. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Harley v. American Athletic Conference, et al.*, **No. 1:16-cv-09984** (**N.D. Ill.**) (**Originally filed in S.D. Ind.**). Class action. Defendant American Athletic Conference has been served, and Plaintiff requested that Defendant NCAA waive service on October 14, 2016. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Reddick v. Mid-Eastern Athletic Conference, et al.*, **No. 1:16-cv-09985** (**N.D. Ill.**) (**Originally filed in S.D. Ind.**). Class action. Defendant Mid-Eastern Athletic Conference has been served, and Plaintiff requested that Defendant NCAA waive service on October 14, 2016. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Towe v. Mid-American Conference, et al.*, **No. 1:16-cv-09983** (**N.D. Ill.**) (**Originally filed in S.D. Ind.**). Class action. Defendant Mid-American Conference has been served, and Plaintiff requested that Defendant NCAA waive service on October 14, 2016. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Williams v. Nat'l. Collegiate Athl. Assoc.*, **No. 1:16-cv-09982** (**N.D. Ill.**) (**Originally filed in S.D. Ind.**). Class action. Plaintiff requested that Defendant NCAA waive service on October 14, 2016. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Bonds v. Southeastern Conference, et al.*, **No. 1:16-cv-09987** (**N.D. Ill.**) (**Originally filed in S.D. Ind.**). Class action. Defendant Southeastern Conference has waived service, and Plaintiff requested that Defendant NCAA waive service on October 14, 2016. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Bozeman v. Southeastern Conference, et al.*, **No. 1:16-cv-09992 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. Defendant Southeastern Conference has waived service, and Plaintiff requested that Defendant NCAA waive service on October 14, 2016. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Clayton v. Syracuse University, et al.*, **No. 1:16-cv-09988 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. Defendants Syracuse University and American Athletic Conference have been served, and Plaintiff requested that Defendant NCAA waive service on October 14, 2016. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Collins v. American Athletic Conference, et al.*, **No. 1:16-cv-09991 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. Defendant American Athletic Conference has been served, and Plaintiff requested that Defendant NCAA waive service on October 14, 2016. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Dudley v. Atlantic Coast Conference, et al.*, **No. 1:16-cv-09990 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. Plaintiff requested that Defendant Atlantic Coast Conference and Defendant NCAA waive service on October 14, 2016. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Gray v. University of Notre Dame Du Lac, et al.*, **Case No. 1:16-cv-09989 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. Defendant University of Notre Dame Du Lac has been served, and Plaintiff requested that Defendant NCAA waive service on October 14, 2016. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Harvey v. Southeastern Conference, et al.*, **No. 1:16-cv-09993 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. Defendant Southeastern Conference has waived service, and Plaintiff requested that Defendant NCAA waive service on October 14, 2016. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Odom v. Nat'l. Collegiate Athl. Assoc., et al.*, **No. 1:16-cv-10002 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. Plaintiff requested that Defendant NCAA waive service on October 14, 2016. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Pettus v. University of Richmond, et al.*, **No. 1:16-cv-09994 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. Defendant University of Richmond has been served, and Plaintiff requested that Defendant NCAA waive service on October 14, 2016. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Sullivan v. Pac-12 Conference, et al.*, **No. 1:16-cv-09995 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. Defendant Pac-12 Conference has waived service, and Plaintiff has requested that Defendant NCAA waive service on October 14, 2016. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Tolbert v. Sun Belt Conference, et al.*, **No. 1:16-cv-10000 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. Defendant Sun Belt Conference has been served, and Plaintiff requested that Defendant NCAA waive service on October 14, 2016. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Wysocki v. Atlantic Coast Conference, et al.*, **No. 1:16-cv-10001 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. Plaintiff requested that Defendant Atlantic Coast Conference and Defendant NCAA waive service on October 14, 2016. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Mason v. Conference USA, et al.*, **No. 1:16-cv-10003 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. Defendant Conference USA has waived service, and Plaintiff requested that Defendant NCAA waive service on October 14, 2016. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Shaffer v. Capital University Board of Trustees, et al.*, **No. 1:16-cv-10004 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. All defendants have been served and all deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Courtney v. Nat'l. Collegiate Athl. Assoc., et al.*, **No. 1:16-cv-10005 (N.D. Ill.) (Originally filed in S.D. Ind.)**. Class action. All defendants have been served and all deadlines are presently stayed pursuant to the Order, ¶ 13(a).

- *Jerrick v. Big Ten Conf., Inc., et al.*, **No. 1:16-cv-09485 (N.D. Ill.) (Originally filed in N.D. Ill.)** Class Action. Plaintiff requested that Defendant NCAA waive service on October 14, 2016. Plaintiff Jerrick has received a summons issued by this Court for Defendant Big Ten Conference, Inc., and expects service to be effectuated shortly. All deadlines are presently stayed pursuant to the Order, ¶ 13(a).

\*         \*         \*

Respectfully submitted,

Dated: November 9, 2016

By: s/ J. Dominick Larry
One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654

Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Sol H. Weiss
sweiss@anapolweiss.com
David S. Senoff
dsenoff@anapolweiss.com
ANAPOL WEISS
One Logan Square
130 N. 18th Street, Suite 1600
Philadelphia, PA 19103
Tel: 215.790.4550
Fax: 215.875.7733

Jeff Raizner
jraizner@raiznerlaw.com
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, Texas 77006
Tel: 713.554.9099
Fax: 713.554.9098

William Winingham
winingham@wkw.com
Wilson Kehoe Winingham LLC
2859 North Meridian Street
Indianapolis, Indiana 46208
Tel: 317.920.6400
Fax: 317.920.6405

*Attorneys for Plaintiffs and the Putative Classes*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on November 9, 2016, I served the above and foregoing ***Joint Status Report*** by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system. For those parties not registered with the Court's CM/ECF system, the foregoing documents were served via First Class Mail or electronic mail.

                                                                     s/ J. Dominick Larry