National Collegiate Athletic Association Student–Athlete
Concussion Injury Litigation, et al.

                                Plaintiff,

v.                                            Case No.:
                                            1:16–cv–08727
                                            Honorable John
                                            Z. Lee

Wake Forest University, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 14, 2016:

      MINUTE entry before the Honorable John Z. Lee:NCAA's motion for extension of time [63] is granted. The parties proposed case management schedule is due by 11/14/16. No appearance is required on the motion.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.