# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

National Collegiate Athletic Association Student−Athlete
Concussion Injury Litigation, et al.

          Plaintiff,

v.

Case No.: 1:16−cv−08727

Honorable John Z. Lee

Wake Forest University, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 30, 2016:

    MINUTE entry before the Honorable John Z. Lee: Status and motion hearing held. For reasons stated on the record, the Court grants NCAA's unopposed motion to designate three lead counsel [23], grants Plaintiffs' unopposed motion for appointment of co−lead class counsel and for appointment of Shannon McNulty as Liaison Counsel [25], and grants Whittier's motions for appointment of Hon. Dwight Jefferson as co−liaison counsel [29][35]. Lead Class Counsel orally requested, and the Court approved, the formation of a proposed steering committee, the members of which shall be the subject of a motion filed with the Court. In the event that the Court approves the formation of a steering committee, Mr. Jefferson shall be appointed to the committee and will no longer serve as liaison counsel. The parties proposed case management schedule was discussed and approved. Enter order. The parties should make all reasonable efforts to create a single database of all discovery from Arrington v. NCAA, 11C6356. Lead Counsel will file a motion for protective order so that all counsel and parties are governed by the same protective order in Arrington. A brief summary of the proposed four sample cases is due on or before January 31, 2017 The next status hearing will be held on February 16, 2017 at 1:00 p.m. Anyone wishing to appear telephonically must provide Courtroom Deputy Carmen Acevedo with their name, law firm, and the party represented by 4:00 p.m. CST the day before the status hearing. The assigned liaison counsel are directed to arrange for a conference call−in number for the hearing and provide out−of−town counsel and the Court with call−in information. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.