IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION-SINGLE SPORT/SINGLE SCHOOL (FOOTBALL) | MDL No. 2492<br><br>Master Docket No. 16 C 8727<br><br>Original N.D. Ill. Dkt. No.: 1:16-cv-09485.<br><br>Judge John Z. Lee<br><br>Magistrate Judge David M. Weisman<br><br>This Document Relates to N.D. Ill. Docket No.: 1:16-cv-09485. |

**PROOF OF SERVICE OF SUMMONS**

# RETURN OF SERVICE

Court: **IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

Case No.: **1:16 CV 09485**

Plaintiff: **Roger Jerrick, individually and on behalf of all others similarly situated**
vs.
Defendant: **Big Ten Conference, Inc., a Delaware corporation, et al.**

I, ___Daniel Newcomb___, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of ___Delaware___.

Type of Process: **Preservation Letter Dated November 7, 2016, Summons in a Civil Case and Class Action Complaint and Demand for Jury Trial**

Defendant to be served: **The Big Ten Conference, Inc., c/o The Corporation Trust Company**

Address where attempted or served: **Corporation Trust Center, 1209 North Orange Street, Wilmington, DE 19801**

On ___11/9/2016___ at ___3:00 PM___. I (✓) Served ( ) Non-served the within named defendant in the following manner:

☐ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

☑ CORPORATE SERVICE: By leaving a copy of this process with ___Amy McLaren___
(Title) ___Managing Agent___, a person authorized to accept service and informed the person of the contents thereof.

☐ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2016.

☐ NON SERVICE: I have been unable to effect service because of the following reason(s):
_____
_____

Description of person process was left with:

Sex: ___Female___ Race: ___White___ Hair: ___Brown___ Approx. Age: ___35___ Height: ___5'7"___ Weight: ___135 lb___

Comments: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

FURTHER AFFIANT SAYETH NOT.

State of ___Delaware___

County of ___New Castle___

X _____
Daniel Newcomb    11/11/2016
(Executed on)

Subscribed and Sworn to before me on this
___11___ day of ___November___, 20___16___.

_____
Signature of Notary Public

Job: 344659
File:

[Notary Seal: KIMBERLY J. RYAN, MY COMMISSION EXPIRES APRIL 29, 2020, NOTARY PUBLIC, STATE OF DELAWARE]

# CERTIFICATE OF SERVICE

   I hereby certify that on December 5, 2016, I served the above and foregoing ***Proof of Service of Summons*** by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record and Liaison Counsel via the Court's CM/ECF electronic filing system. Pursuant to the Court's September 8, 2016 Order, Liaison Counsel are required to ensure that such notice is distributed to all Parties within their liaison groups.

          /s/ J. Dominick Larry