# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

| | |
|---|---|
| National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al. | |
| Plaintiff, | |
| v. | Case No.: 1:16−cv−08727 |
| | Honorable John Z. Lee |
| Wake Forest University, et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 28, 2017:

    MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 3/28/17. For the reasons stated on the record, Plaintiffs' motion for appointment of steering committee [154] is granted. The parties should meet and confer and file a joint proposed case management order to address the issue of the attorney fees and costs by 4/18/17. The parties should contact the courtroom deputy the day before the next status to provide a call in number and a list of phone participants. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.