# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

National Collegiate Athletic Association
Student−Athlete Concussion Injury Litigation, et al.

                                                   Plaintiff,

v.
                                                   Case No.:
                                                   1:16−cv−08727

                                                   Honorable John Z. Lee

Wake Forest University, et al.

                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 3, 2017:

      MINUTE entry before the Honorable John Z. Lee:Motion hearing held on 5/3/17. For the reasons stated on the record, the joint motion for an extension of time for the existing schedule for selection sample cases [173] is granted; this is the final extension. Plaintiffs will select the first sample case by Tuesday, September 5, 2017; Defendants will select second sample case by Thursday, September 7, 2017; Plaintiffs will select third sample case by Tuesday, September 12, 2017; Defendants will select fourth sample case by Friday, September 15, 2017. The parties will file their selection of sample cases as well as a short description of each case with the Court by Friday, September 22, 2017. Motion for an extension of time until May 16, 2017, to file a joint proposed case management order addressing the issue of the attorneys fees and costs [175] is granted. The status hearing set for 5/11/17 is reset to 7/11/17 at 10:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.