## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION – SINGLE SPORT/SINGLE SCHOOL (FOOTBALL) | MDL No. 2492<br><br>Master Docket No. 1:16-cv-08727<br><br>Judge John Z. Lee<br><br>Magistrate Judge David M. Weisman<br><br>**This Document Relates Only To:  Case No. 1:16-cv-07321 (*Cook*); Case No. 1:16-cv-08579 (*Burns*); Case No. 1:16-cv-09970 (*Hawkins*); & Case No. 1:16-cv-09995 (*Sullivan*)** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 18, 2017 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable John Z. Lee, United States District Judge, in Courtroom 1225, located at United States Courthouse, Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached **Unopposed Motion to Withdraw Attorney Appearance of Jared F. Bartie as One of the Counsel of Record for Defendant Pac-12 Conference**, a copy of which is being served upon you.

Dated:  May 4, 2017                                       PAC-12 CONFERNCE

                                                                  By:  */s/ Leah Kelman*
                                                                     Leah Kelman
                                                                     Ronald J. Levine
                                                                     HERRICK, FEINSTEIN LLP
                                                                     2 Park Avenue
                                                                     New York, New York 10016
                                                                     212-592-1400
                                                                     *Attorneys for Pac-12 Conference*

## **CERTIFICATION OF SERVICE**

I, Leah Kelman, an attorney, certify that on May 4, 2017, I served the above and foregoing *Notice of Motion*, by causing true and accurate copies of such paper to be filed with the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

>  */s/ Leah Kelman*
>  LEAH KELMAN

HF 11341289v.1