# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION – SINGLE SPORT/SINGLE SCHOOL (FOOTBALL) | MDL No. 2492 <br><br> Master Docket No. 16 C 8727 <br><br> Judge John Z. Lee <br><br> Magistrate Judge David M. Weisman |
| This Document Relates to All Cases | |

## CASE MANAGEMENT ORDER NO. 6
## INSTRUCTIONS FOR CURRENT AND FUTURE COUNSEL OF RECORD IN SINGLE-SPORT, SINGLE-SCHOOL MEMBER CASES AND FOR THE CLERK OF THE COURT

### Instructions for Counsel

1. In order to manage and control Master Docket No. 16 C 8727, the Court issues instructions to all current and future counsel of record in the member cases.

2. All documents (including appearance forms) filed by such counsel must be filed only in the member case number assigned by the Clerk of the Court of the Northern District of Illinois, unless directed otherwise by Judge Lee. Any filing must reference the member case number.

3. All current and future counsel of record must read and comply with Case Management Orders prior to any filing. Case Management Orders are available on the Court's website under the MDL tab.

4. Any future noncompliance with these instructions shall result in the Clerk of the Court automatically striking the filing from Master Docket No. 16 C 8727, and counsel will be responsible for re-filing any stricken document in the appropriate member case within 10 days.

**Instructions for the Clerk of the Court**

1. In order to manage and control Master Docket No. 16 C 8727, the Court issues instructions to the Clerk of the Court.

2. For all future filings that do not comply with the "Instructions to Counsel" outlined above, unless otherwise directed by the Court, the Clerk of the Court is ordered to strike any attorney appearance filed in Master Docket No. 16 C 8727 that is not filed by the following Lead or Liaison Counsel:

    (a) Jay P. Edelson of Edelson PC;

    (b) Sol H. Weiss of Anapol Weiss;

    (c) Shannon M. McNulty of Clifford Law Offices;

    (d) Mark S. Mester of Latham & Watkins LLP;

    (e) Matthew A. Kairis of Jones Day;

    (f) Michael A. Olsen of Mayer Brown LLP.

3. For the noncompliant filings that have already been entered on Master Docket No. 16 C 8727, the Court directs the Clerk of the Court to strike the appearances as listed in Exhibit A from Master Docket No. 16 C 8727. The Court orders the Clerk of the Court to add the attorney appearances and appearance forms to the appropriate member cases as if they had been correctly filed in the member cases. In the future, as indicated above, counsel shall be responsible for re-filing in the appropriate member case(s) any noncompliant filings stricken by the Clerk of the Court within 10 days.

IT IS SO ORDERED on June 23, 2017.

_____
John Z. Lee
United States District Judge