# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION – SINGLE SPORT / SINGLE SCHOOL (FOOTBALL) | ) ) ) ) ) ) ) ) ) | MDL No. 2492  Master Docket No. 1:16-cv-08727  This Document Relates To: All Cases  Judge John Z. Lee  Magistrate Judge M. David Weisman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, August 31, 2017, at 9:00 a.m. or as soon thereafter as counsel may be heard, counsel for Defendant National Collegiate Athletic Association will appear before the Honorable Judge John Z. Lee of the United States District Court for the Northern District of Illinois in Courtroom 1225 at 219 S. Dearborn Street, Chicago, Illinois and present the Agreed Motion To Designate Interim Liaison Counsel For Defendants.

Dated: August 28, 2017

Respectfully submitted,

By: */s/ Mark S. Mester*
    Lead Counsel for Defendant
    National Collegiate Athletic Association

Mark S. Mester
  mark.mester@lw.com
Johanna M. Spellman
  johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

**CERTIFICATE OF SERVICE**

I, Mark S. Mester, certify that on August 28, 2017, a true and correct copy of the foregoing NOTICE OF MOTION was filed through the CM/ECF system, which caused notice to be sent to all counsel of record.

                                              */s/ Mark S. Mester*
                                              Mark S. Mester
                                                mark.mester@lw.com
                                              LATHAM & WATKINS LLP
                                              330 North Wabash Avenue, Suite 2800
                                              Chicago, Illinois, 60611
                                              Telephone: (312) 876-7700
                                              Facsimile: (312) 993-9767