**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

Case Title: IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION – SINGLE SPORT/SINGLE SCHOOL (FOOTBALL)

Case Number: MDL 2492
Master Docket No.: 16-cv-8727
Judge John Z. Lee
Magistrate Judge David Weisman
This Relates to  1:19-cv-07335 (Hill) and
Member Cases: 1:19-cv-07344 (Rembert)

An appearance is hereby filed by the undersigned as attorney for:

**MOUNTAIN WEST CONFERENCE**

ATTORNEY NAME (type of print): John W. Patton, Jr.

FIRM: Patton & Ryan LLC

STREET ADDRESS: 330 North Wabash Ave., Suite 3800

CITY/STATE/ZIP: Chicago, IL  60611

BAR ID NUMBER: 6186472       TELEPHONE NUMBER: (312) 261-5160
(See Item 3 in instructions)

EMAIL ADDRESS: jpatton@pattonryan.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐  Retained Counsel

☐  Appointed Counsel
If appointed counsel, are you

☐  Federal Defender
☐  CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on: March 6, 2020

Attorney Signature:    s/ John W. Patton, Jr.
(Use electronic signature if the appearance form is filed electronically)