# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.

Plaintiff,

v.

Bucknell University, et al.

Defendant.

Case No.: 1:16−cv−08727

Honorable John Z. Lee

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 27, 2022:

MINUTE entry before the Honorable John Z. Lee:As to Sample Cases 16 C 9980 (Richardson v. NCAA), 17 C 1402 (Rose v. NCAA), 17 C 4975 (Weston v. NCAA), and 17 C 4978 (Langston v. NCAA): For the reasons provided in the accompanying Order, the Court overrules Plaintiffs' objections to Magistrate Judge Weisman's denial of their motions to compel Defendant NCAA to produce documents responsive to requests for production served in the four Sample Cases. Magistrate Judge Weisman's ruling is adopted in full. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.