UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION STUDENT-ATHLETE
CONCUSSION INJURY LITIGATION                               MDL No. 2492

ORDER REASSIGNING LITIGATION

The Panel has been notified of the need to reassign the above litigation to another judge in the Northern District of Illinois.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Manish S. Shah for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL

*Karen K. Caldwell*
Karen K. Caldwell
Chair