# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION-SINGLE SPORT/SINGLE SCHOOL (FOOTBALL) | Master Docket No. 16 CV 8727<br><br>MDL NO. 2492<br><br>Judge Manish S. Shah |
| RONALD W. HERMANN, II,<br>      Plaintiff,<br>  v. | This Document Relates Only to:<br><br>Case No. 16 C 7320 (Hermann)<br>Case No. 16 C 9971 (Davison) |
| SOUTHEASTERN CONFERENCE and THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br>      Defendant. | Case No. 16 C 7323 (Miller)<br>Case No. 17 C 7554 (Calleja)<br>Case No. 16 C 9992 (Bozeman)<br>Case No. 17 C 3960 (Williams)<br>Case No. 16 C 7324 (Owens)<br>Case No. 16 C 9974 (Ford) |
| HENRY DAVISON,<br>      Plaintiff,<br>  v. | |
| SOUTHEASTERN CONFERENCE and THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br>      Defendant. | |
| JOSEPH MILLER,<br>      Plaintiff,<br>  v. | |
| SOUTHEASTERN CONFERENCE and THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br>      Defendant. | |
| KENNETH CALLEJA,<br>      Plaintiff,<br>  v. | |
| THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and SOUTHEASTERN CONFERENCE,<br>      Defendant. | |

**JAMES BOZEMAN,**
       **Plaintiff,**
   **v.**

**SOUTHEASTERN CONFERENCE and THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,**
       **Defendant.**

**LESLEY WILLIAMS,**
       **Plaintiff,**
   **v.**

**SOUTHEASTERN CONFERENCE and THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,**
       **Defendant.**

**ORENTHAL JAMES OWENS,**
       **Plaintiff,**
   **v.**

**SOUTHEASTERN CONFERENCE and THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,**
       **Defendant.**

**DEMORIO FORD,**
       **Plaintiff,**
   **v.**

**SOUTHEASTERN CONFERENCE and THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,**
       **Defendant.**

## MOTIONS OF DEFENDANT
## SOUTHEASTERN CONFERENCE TO DISMISS
## PURSUANT TO FED. R. CIV. P. 12(b)(2)

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 54(b), and for the reasons set forth more fully in the supporting Memorandum of Law in Support of the SEC's Motion to

2

Dismiss being submitted herewith, Defendant Southeastern Conference ("SEC") hereby moves (a) for entry of an order dismissing the SEC for lack of personal jurisdiction in each of the above-captioned actions pursuant to Fed. R. Civ. P. 12(b)(2), and (b) for entry of final judgment dismissing the SEC from each of the above-captioned actions, pursuant to Fed. R. Civ. P. 54(b).

WHEREFORE, the SEC respectfully requests that this Court dismiss the SEC for lack of personal jurisdiction and enter final judgment dismissing the SEC from the above-captioned actions pursuant to Fed. R. Civ. P. 54(b). The SEC further requests such other relief as the Court deems appropriate.

Dated: May 25, 2023  Respectfully submitted,

/s/ *Robert W. Fuller*
Robert W. Fuller, One of the Attorneys for
Defendant Southeastern Conference

Robert W. Fuller (N.C. Bar No. 10887)
rfuller@robinsonbradshaw.com
Richard C. Worf (N.C. Bar No. 37143)
rworf@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900, Charlotte, North Carolina 28246
Telephone: (704) 377-2536

**CERTIFICATE OF SERVICE**

  I, Robert W. Fuller, certify that on May 25, 2023, a true and correct copy of the foregoing document was filed through the CM/ECF system, which caused notice to be sent to all counsel of record.

               /s/ *Robert W. Fuller*
               Robert W. Fuller, One of the Attorneys for
               Defendant Southeastern Conference

               Robert W. Fuller (N.C. Bar No. 10887)
               rfuller@robinsonbradshaw.com
               ROBINSON, BRADSHAW & HINSON, P.A.
               101 North Tryon Street, Suite 1900
               Charlotte, North Carolina 28246
               Telephone: (704) 377-2536
               Facsimile: (704) 378-4000