## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

National Collegiate Athletic Association
Student−Athlete Concussion Injury Litigation, et al.

                                        Plaintiff,

v.                                               Case No.: 1:16−cv−08727

                                              Honorable Manish S. Shah

Wake Forest University, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 16, 2023:

      MINUTE entry before the Honorable Manish S. Shah: Defendant SEC shall file a response to the motion to file documents under seal explaining why the documents qualify for sealing. Confidentiality for purposes of discovery is not a basis to seal documents that are relevant to judicial decisionmaking. Defendant's response is due 6/23/23. No reply is permitted. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.