THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION – SINGLE SPORT/SINGLE SCHOOL (FOOTBALL) | |
| **This Document Relates to:** CHARLES MARCUS LANGSTON, *et. al.*, Plaintiffs, v. MID-AMERICA INTERCOLLEGIATE ATHLETICS ASSOCIATION, *et. al.*, Defendants. | MDL Docket No. 2492<br><br>Maser Docket Bo. 1:16-cv-08727<br><br>Member Case Docket No. 1:17-cv-04978<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

**MOTION FOR LEAVE TO WITHDRAW**
**APPEARANCES AS COUNSEL**

Pursuant to Local Rule 83.17, Polsinelli PC ("**Polsinelli**") respectfully moves this Court for leave to withdraw its appearance for Defendant The Big 12 Conference, Inc. (the "Big 12") in each of the respective cases in which it has been named. Attorneys at Sidley Austin LLP have appearances on file and will continue to represent The Big 12 in this action.

WHEREFORE, Polsinelli requests that this Court grant Lean K. Capps and Amy D. Fitts leave to withdraw as counsel for The Big 12 in the above-captioned action.

1

92032286.1

| | |
|---|---|
| Dated: January 25, 2024 | Respectfully submitted, |

        */s/ Leane K. Capps*

Leane K. Capps                            TX Bar No. 00796301
*Pro Hac Vice*
POLSINELLI PC
2950 n. Harwood St. Suite 2100
Dallas, TX 75201
Telephone: 214-397-0030
Fax: 214-397-0033
Email: lcapps@polsinelli.com

Amy D. Fitts                              MO Bar No. 61460
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
Email: afitts@polsinelli.com

*ATTORNEYS FOR THE BIG 12 CONFERENCE, INC.*

92032286.1

## CERTIFICATE OF SERVICE

      I hereby certify that on January 25, 2024, a true and correct copy of the foregoing was filed using the Court's CM/ECF system and was sent to counsel of record in the parties' service lists.

/s/ *Martha A. Hammond*
Martha A. Hammond
Legal Administrative Assistant

92032286.1