**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION – SINGLE SPORT / SINGLE SCHOOL (FOOTBALL)** | **MDL No. 2492**<br><br>**Master Docket No. 1:16-cv-08727**<br><br>**This Document Relates To:**<br>**ALL CASES**<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge M. David Weisman** |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order at Dkt. 469, lead counsel for Plaintiffs and Defendants submit this joint status report.

The Parties have engaged Hon. Wayne Andersen (Ret.) of JAMS in an effort to reach a mediated resolution of this MDL.

Specifically, the NCAA and Plaintiffs have agreed to mediate, on a *non-class* basis, the individual claims pending in this MDL. If the Parties' mediation efforts are successful, the claims of all participating Plaintiffs will be dismissed on an individual basis. Additionally, lead counsel has committed in advance *not* to seek any fee award from the Court, whether in the form of a common benefit fee, a class action fee award, or any other mechanism.

The mediation process is already underway. Plaintiffs' counsel recently provided to Judge Andersen and to the NCAA, under the mediation privilege, an initial set of information about their clients, and have committed to furnishing additional information and documents as requested by Judge Andersen. Plaintiffs' counsel have also provided to Judge Andersen a concrete framework for a settlement structure intended to completely resolve this MDL.

Further, the Parties have scheduled an initial in-person session with Judge Andersen for October 7, 2024, and anticipate additional, biweekly mediation sessions thereafter. Given the number of claims at issue and the number of interested parties, including a large number of insurers, the Parties believe it is fairly unlikely that settlement can be reached in a single session.

Consequently, the Parties respectfully request permission to file a further status report on or before October 11, 2024.

Dated: August 30, 2024               Respectfully submitted,

                                     */s/ Johanna M. Spellman*
                                     Johanna M. Spellman, One of the Attorneys for
                                     Defendant National Collegiate Athletic Association

                                     Mark S. Mester (Illinois Bar No. 6196140)
                                        mark.mester@lw.com
                                     Johanna M. Spellman (Illinois Bar No. 6293851)
                                        johanna.spellman@lw.com
                                     LATHAM & WATKINS LLP
                                     330 North Wabash Avenue, Suite 2800
                                     Chicago, Illinois 60611
                                     Telephone: (312) 876-7700
                                     Facsimile: (312) 993-9767

                                     *Counsel for Defendant*
                                     *National Collegiate Athletic Association*

Dated: August 30, 2024               */s/ Michael A. Olsen* (with consent)
                                     Michael A. Olsen, One of the Attorneys for
                                     Defendant The Big Ten Conference

                                     Michael A. Olsen (Illinois Bar No. 6237807)
                                        molsen@mayerbrown.com
                                     Daniel L. Ring (Illinois Bar No. 6216750)
                                        dring@mayerbrown.com
                                     MAYER BROWN LLP
                                     71 South Wacker Drive
                                     Chicago, IL 60606
                                     Telephone: (312) 782-0600

                                     *Counsel for Defendant The Big Ten Conference*

Dated:  August 30, 2024 */s/ Matthew A. Kairis* (with consent)
Matthew A. Kairis, Lead Counsel for Member Institution Defendants

Matthew A. Kairis
  makairis@jonesday.com
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio 43215
Telephone: (614) 469-3939
Facsimile: (614) 461-4198

*Lead Counsel for Member Institution Defendants*

Dated:  August 30, 2024 */s/ Todd Logan* (with consent)
Todd Logan, One of the Attorneys for Plaintiffs

Jay Edelson (Illinois Bar No. 6239287)
  jedelson@edelson.com
Benjamin H. Richman (Illinois Bar No. 6300669)
  brichman@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile:  (312) 589-6378

Rafey S. Balabanian (Illinois Bar No. 6285687)
  rbalabanian@edelson.com
Todd Logan (*pro hac vice*)
  tlogan@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Telephone: (415) 212-9300
Facsimile:  (415) 373-9435

*Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Johanna M. Spellman, certify that, on August 30, 2024 a true and correct copy of the foregoing JOINT STATUS REPORT was filed through the CM/ECF system, which caused notice to be sent to all counsel of record.

*/s/ Johanna M. Spellman*
Johanna M. Spellman (Illinois Bar No. 6293851)
  johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767