**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION – SINGLE SPORT / SINGLE SCHOOL (FOOTBALL)** | ) ) ) ) ) ) ) ) ) ) ) ) | **MDL No. 2492**<br><br>**Master Docket No. 1:16-cv-08727**<br><br>**This Document Relates To:**<br>**ALL CASES**<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge M. David Weisman** |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order (Dkt. 475), lead counsel for Plaintiffs and the NCAA submit this joint status report.

On October 7, 2024, the Parties held a productive mediation session with Hon. Wayne Andersen (Ret.) of JAMS to discuss the potential resolution, on a *non-class* basis, of the individual claims pending in this MDL. Since the initial mediation session, the Parties continued to have discussions regarding the potential resolution of the individual claims pending in the MDL. The Parties respectfully request additional time to continue their discussions.

Consequently, the Parties respectfully request permission to file a further status report on or before December 16, 2024.

Dated: November 18, 2024

Respectfully submitted,

*/s/ Johanna M. Spellman*
Johanna M. Spellman, One of the Attorneys for
Defendant National Collegiate Athletic Association

        Mark S. Mester (Illinois Bar No. 6196140)
          mark.mester@lw.com
        Johanna M. Spellman (Illinois Bar No. 6293851)
          johanna.spellman@lw.com
        LATHAM & WATKINS LLP
        330 North Wabash Avenue, Suite 2800
        Chicago, Illinois 60611
        Telephone: (312) 876-7700
        Facsimile: (312) 993-9767

        *Counsel for Defendant*
        *National Collegiate Athletic Association*

Dated: November 18, 2024        */s/ Amy B. Hausmann (with consent)*
        Amy B. Hausmann, One of the Attorneys for Plaintiffs

        Jay Edelson (Illinois Bar No. 6239287)
          jedelson@edelson.com
        Benjamin H. Richman (Illinois Bar No. 6300669)
          brichman@edelson.com
        Amy B. Hausmann (Illinois Bar No. 6335167)
          abhausmann@edelson.com
        EDELSON PC
        350 North LaSalle Street, 13th Floor
        Chicago, Illinois 60654
        Telephone: (312) 589-6370
        Facsimile: (312) 589-6378

        Rafey S. Balabanian (Illinois Bar No. 6285687)
          rbalabanian@edelson.com
        Todd Logan (*pro hac vice*)
          tlogan@edelson.com
        EDELSON PC
        150 California Street, 18th Floor
        San Francisco, California 94111
        Telephone: (415) 212-9300
        Facsimile: (415) 373-9435

        *Co-Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Johanna M. Spellman, certify that, on November 18, 2024 a true and correct copy of the foregoing JOINT STATUS REPORT was filed through the CM/ECF system, which caused notice to be sent to all counsel of record.

*/s/ Johanna M. Spellman*
Johanna M. Spellman (Illinois Bar No. 6293851)
　johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767