# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

National Collegiate Athletic Association
Student−Athlete Concussion Injury Litigation, et al.

                Plaintiff,

v.

Case No.: 1:16−cv−08727

Honorable Manish S. Shah

Wake Forest University, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 19, 2024:

      MINUTE entry before the Honorable Manish S. Shah: The parties' next status report on mediation progress is due by 12/16/24, and the court requests the parties provide at least a tentative timetable to complete their negotiations. It may be that only with deadlines will the parties reach a definitive resolution under the umbrella of this MDL, and this court will not keep an MDL open that has outlived its purpose. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.