**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION – SINGLE SPORT / SINGLE SCHOOL (FOOTBALL)** | **MDL No. 2492**<br><br>**Master Docket No. 1:16-cv-08727**<br><br>**This Document Relates To:**<br>**ALL CASES**<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge M. David Weisman** |

**JOINT STATUS REPORT**

Pursuant to the Court's November 19, 2024 Minute Entry (Dkt. 477), lead counsel for Plaintiffs and the NCAA submit this joint status report.

Since the October 7, 2024 mediation session, the parties have continued with discussions regarding the potential resolution of the individual claims pending in the MDL. The parties have recently agreed to retain Hon. Morton Denlow (Ret.) to serve as the mediator for this matter. The parties greatly appreciate Judge Andersen's assistance. The parties have agreed to mediate before Judge Denlow on February 18, 2025, and anticipate scheduling an initial call among counsel and Judge Denlow before that date.

In addition, pursuant to the November 19, 2024 Minute Entry (Dkt. 477), the parties propose a tentative schedule for completion of their settlement discussions, pursuant to which they will inform the Court by March 31, 2025, either that they have signed a term sheet or have been unable to reach a settlement in principle. If the parties report they have signed a term sheet, they expect to be able to complete their negotiations by April 30, 2025 or earlier. The parties propose that the tentative deadlines set forth above may be modified by the Court for good cause upon a motion from either party.

Therefore, the parties respectfully request permission to file a further status report by April 1, 2025.

| | |
|---|---|
| Dated: December 16, 2024 | Respectfully submitted, |
| | */s/ Johanna M. Spellman* |
| | Johanna M. Spellman, One of the Attorneys for Defendant National Collegiate Athletic Association |
| | |
| | Mark S. Mester (Illinois Bar No. 6196140) |
| |   mark.mester@lw.com |
| | Johanna M. Spellman (Illinois Bar No. 6293851) |
| |   johanna.spellman@lw.com |
| | LATHAM & WATKINS LLP |
| | 330 North Wabash Avenue, Suite 2800 |
| | Chicago, Illinois 60611 |
| | Telephone: (312) 876-7700 |
| | Facsimile: (312) 993-9767 |
| | |
| | *Counsel for Defendant* |
| | *National Collegiate Athletic Association* |
| Dated: December 16, 2024 | */s/ Amy B. Hausmann (with consent)* |
| | Amy B. Hausmann, One of the Attorneys for Plaintiffs |
| | |
| | Jay Edelson (Illinois Bar No. 6239287) |
| |   jedelson@edelson.com |
| | Benjamin H. Richman (Illinois Bar No. 6300669) |
| |   brichman@edelson.com |
| | Amy B. Hausmann (Illinois Bar No. 6335167) |
| |   abhausmann@edelson.com |
| | EDELSON PC |
| | 350 North LaSalle Street, 13th Floor |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 589-6370 |
| | Facsimile: (312) 589-6378 |

>Rafey S. Balabanian (Illinois Bar No. 6285687)
>  rbalabanian@edelson.com
>Todd Logan (*pro hac vice*)
>  tlogan@edelson.com
>EDELSON PC
>150 California Street, 18th Floor
>San Francisco, California 94111
>Telephone: (415) 212-9300
>Facsimile:  (415) 373-9435
>
>*Co-Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Johanna M. Spellman, certify that, on December 16, 2024 a true and correct copy of the foregoing JOINT STATUS REPORT was filed through the CM/ECF system, which caused notice to be sent to all counsel of record.

*/s/ Johanna M. Spellman*
Johanna M. Spellman (Illinois Bar No. 6293851)
   johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:   (312) 993-9767