**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

National Collegiate Athletic Association
Student−Athlete Concussion Injury Litigation, et al.

                Plaintiff,

v.                                          Case No.:
                                              1:16−cv−08727
                                              Honorable Manish S. Shah

Wake Forest University, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 17, 2024:

      MINUTE entry before the Honorable Manish S. Shah: The parties' next status report on mediation efforts is due 4/1/25, and the court expects the parties to report whether they have reached a settlement in principle. If settlement is not imminent, the court will likely conclude that this MDL cannot provide the framework for resolution. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.