**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION – SINGLE SPORT / SINGLE SCHOOL (FOOTBALL) | **MDL No. 2492**<br><br>**Master Docket No. 1:16-cv-08727**<br><br>**This Document Relates To:**<br>**ALL CASES**<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge M. David Weisman** |

**JOINT STATUS REPORT**

Pursuant to the Court's December 17, 2024, Minute Entry (Dkt. 480), lead counsel for Plaintiffs and the NCAA submit this joint status report.

The parties participated in mediation before the Hon. Morton Denlow (Ret.) on February 18, 2025, and have engaged in additional settlement negotiations following that mediation session. Plaintiffs' co-lead counsel Edelson PC and the NCAA are close to a settlement in principle to resolve the individual claims of Edelson PC's clients, accounting for 479 of the cases consolidated in the MDL. The parties thank the Court for its patience, which has made this possible. Edelson PC and the NCAA anticipate signing a term sheet by April 15, 2025, and they expect to sign a settlement agreement by May 15, 2025. The NCAA has begun settlement discussions with counsel representing plaintiffs in 82 additional cases in the MDL and plans to explore resolution of the remaining non-Edelson PC claims in the MDL.

Therefore, the parties respectfully request permission to file a further status report by May 15, 2025.

Dated: April 1, 2025            Respectfully submitted,

*/s/ Johanna M. Spellman*
Johanna M. Spellman, One of the Attorneys for
Defendant National Collegiate Athletic Association

Mark S. Mester (Illinois Bar No. 6196140)
  mark.mester@lw.com
Johanna M. Spellman (Illinois Bar No. 6293851)
  johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

*Counsel for Defendant*
*National Collegiate Athletic Association*

Dated: April 1, 2025            */s/ Amy B. Hausmann (with consent)*
Amy B. Hausmann, One of the Attorneys for
Plaintiffs

Jay Edelson (Illinois Bar No. 6239287)
  jedelson@edelson.com
Benjamin H. Richman (Illinois Bar No. 6300669)
  brichman@edelson.com
Amy B. Hausmann (Illinois Bar No. 6335167)
  abhausmann@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

Rafey S. Balabanian (Illinois Bar No. 6285687)
  rbalabanian@edelson.com
Todd Logan (*pro hac vice*)
  tlogan@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Telephone: (415) 212-9300
Facsimile: (415) 373-9435

*Co-Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I, Johanna M. Spellman, certify that, on April 1, 2025, a true and correct copy of the foregoing JOINT STATUS REPORT was filed through the CM/ECF system, which caused notice to be sent to all counsel of record.

                                                                         */s/ Johanna M. Spellman*
                                                                         Johanna M. Spellman (Illinois Bar No. 6293851)
                                                                            johanna.spellman@lw.com
                                                                        LATHAM & WATKINS LLP
                                                                        330 North Wabash Avenue, Suite 2800
                                                                        Chicago, Illinois 60611
                                                                        Telephone: (312) 876-7700
                                                                        Facsimile: (312) 993-9767